# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VLADIMIR BRIK, | Case No. 24-CV-4277 (NEB/SGE) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court has received the December 20, 2024 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED for lack of jurisdiction;

3. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 24, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge